UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
(Electronically Filed)

| | |
|---|---|
| JENNIFER BROOKS ) <br> AND ) <br> ROBERT BROOKS, ) <br>                         **Plaintiffs** ) <br> VS. ) <br> ) <br> HUMANA, INC. ) <br>     SERVE:   Corporation Service Company ) <br>                   Registered Agent ) <br>                   421 West Main Street ) <br>                   Frankfort, KY 40601 ) <br> AND ) <br> ) <br> FEDERAL EMPLOYEES HEALTH BENEFIT PROGRAM, ) <br> ) <br>     SERVE:   United States Office of Personnel Management ) <br>                   1900 E Street, NW ) <br>                   Washington, DC 20415-1000 ) <br> ) <br>                         **Defendants** ) | **Civil Action No.:** <br> **3:20-cv-331-JRW** |

## NOTICE OF FILING TENDERED SUMMONS

COME NOW the Plaintiffs, Jennifer Brooks and Robert Brooks, by counsel, in the above-styled cause of action, and hereby gives notice to the Court, this day, two separate summonses for the two (2) Defendants listed above.

This the 13th day of May, 2020.

Respectfully submitted,

JUDD, SATTERFIELD & ASSOCIATES, PLLC
869 Broadway Avenue
P.O. Box 51093
Bowling Green, Kentucky 42101
Telephone: (270) 904-4141

/s/ Harlan Judd
Harlan E. Judd, III
*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

This is to certify that a true and exact copy of the foregoing was placed in the U.S. Mail addressed as follows:

Humana, Inc.
Corporation Service Company
Registered Agent
421 West Main Street
Frankfort, KY 40601

Federal Employees Health Benefit Program
United States Office of Personnel Management
1900 E Street, NW
Washington, DC 20415-1000

This the 13th day of May, 2020.

/s/ Harlan Judd
Harlan E. Judd, III
*Counsel for Plaintiffs*