**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
*Electronically Filed*

| | |
|---|---|
| JENNIFER BROOKS and ROBERT BROOKS,<br><br>     *Plaintiffs,*<br><br>v.<br><br>HUMANA INC.<br><br>and<br><br>FEDERAL EMPLOYEES HEALTH BENEFIT PROGRAM,<br><br>     *Defendants.* | Case No. 3:20-cv-331-JRW |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Defendant Humana Inc. hereby discloses that it is a publicly traded corporation (NYSE: HUM). No parent corporation or publicly held corporation owns ten percent or more of Humana's outstanding stock.

Dated: June 17, 2020

Respectfully Submitted,

*s/ Michael P. Abate*
Michael P. Abate
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
mabate@kaplanjohnsonlaw.com

*Counsel for Humana Inc.*