# Exhibit 2



UNITED STATES OFFICE OF PERSONNEL MANAGEMENT
Washington, DC 20415

February 27, 2020

Healthcare and
Insurance

JENNIFER BROOKS
9108 WOODCHAT WAY
LOUISVILLE, KY 40272

OPM Control Number: ▮▮▮▮▮▮

Dear Ms. Brooks:

The Office of Personnel Management (OPM) has completed its review of your health benefits claim dispute with Humana Health Plan, Inc. (Humana) regarding the services you received at the Ohio State University (OSU) Hospital from July 15, 2019 through July 16, 2019, and November 27, 2019. Humana denied benefits to cover these services because you did not have your health plan's authorization to receive services from out-of-network providers. OPM is upholding the denial.

The 2019 Humana Health Plan federal brochure (RI 73-054) is the official statement of benefits you should rely on for guidance. No oral statement can modify or otherwise affect the benefits, limitations, and exclusions stated in the brochure. On page 58, the brochure states in part that Humana does not cover "Care by non-Plan providers except for authorized referrals or emergencies." In addition, the following information appears in the brochure:

> Page 13
>
> Ordinarily, you must get your care from providers who contract with us. If you receive care outside our service area, we will pay only for emergency care benefits. We will not pay for any other health care services out of our service area unless the services have prior plan approval.
>
> Page 16
>
> **You need prior Plan approval for certain services**
>
> **• Inpatient hospital admission**
>
> Precertification is the process by which – prior to your inpatient hospital admission – we evaluate the medical necessity of your proposed stay and the number of days required to treat your condition.

Jennifer Brooks

Page 2 of 3

Page 18

**What happens when you do not follow the precertification rules when using non-network facilities**

This plan does not offer out-of-network coverage, except for emergent care situations. If no authorization is received or approved, you will be responsible for all costs of such services.

As stated, your health plan does not include benefits to cover services from out-of-network providers except for medical emergencies as described in the brochure. Humana will consider a request to cover an out-of-network service when a covered medically necessary service is not available within Humana's provider network. However, you must have authorization from Humana prior to obtaining the service.

It appears that on June 21, 2019 Humana denied your preauthorization request to obtain services out-of-network. However, our records do not show that you submitted a requested for OPM to review your health plan's denial.

Page 19

**To file an appeal with OPM**

After we reconsider your pre-service claim, if you do not agree with our decision, you may ask OPM to review it by following Step 3 of the disputed claims process detailed in Section 8 of this brochure.

We regret our decision cannot be favorable for you. The information we received for review does not include documentation to support that you had authorization from Humana prior to receiving services at OSU Hospital on July 15, 2019 or on November 27, 2019. OPM does not have a contractual basis to overturn Humana's denial.

We conducted a review regarding the out-of-network services you received from July 15, 2019 through July 16, 2019, and November 27, 2019. Our decision does not pertain to out-of-network services you are currently receiving or may receive in the future. The information we received for review does not include an indication that Humana has rendered a denial decision about claims related to services other than those you received at OSU Hospital on July 15, 2019 through July 16, 2019 and November 27, 2019. In accordance with Humana's Federal Employees Health Benefits Program (FEHBP) contract with OPM, we will not review a dispute until the enrollee has completed the appeal process available with the health plan.

Jennifer Brooks

████████

Page 3 of 3

This is our final administrative review of your disputed claim. You have exhausted the FEHBP appeal process. Section 8 of your federal brochure includes an explanation of the legal recourse available to you if you do not agree with OPM's decision.

Sincerely,

William E. Wilson
Health Benefits Claims Examiner
Federal Employee Insurance Operation