**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
*Electronically Filed*

| | |
|---|---|
| JENNIFER BROOKS and ROBERT BROOKS,<br><br>*Plaintiffs,*<br><br>v.<br><br>HUMANA INC.<br><br>and<br><br>FEDERAL EMPLOYEES HEALTH BENEFIT PROGRAM,<br><br>*Defendants.* | Case No. 3:20-cv-331-JRW |

**[PROPOSED] ORDER**
**DISMISSING ALL CLAIMS AGAINST HUMANA INC.**

The Court, having considered the Motion to Dismiss filed by Humana Inc. and all responses thereto, and being otherwise sufficiently advised, hereby **ORDERS** that all claims against Humana Inc. in this case be and hereby are **DISMISSED WITH PREJUDICE**.

Entered this _____ day of _____, 2020.

_____
Hon. Justin R. Walker
United States District Judge

1

Tendered by:

*s/ Michael P. Abate*
Michael P. Abate
Kaplan Johnson Abate & Bird LLP
710 W. Main St., 4th Floor
Louisville, KY 40202
(502) 540-8280
mabate@kaplanjohnsonlaw.com

*Counsel for Humana Inc.*